IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY SARGENT,
ADC #710323                                                                PLAINTIFF

v.                         No. 1:12-cv-17-DPM-JTR

TIMOTHY J. HETHRINGTON, Corporal;
and JANICE STEPHENS, Corporal,
Arkansas Department of Correction                                         DEFENDANTS

ORDER

Sargent has not objected to Magistrate Judge J. Thomas Ray's recommendation, *Document No. 33*, that the Court deny her motion for injunctive relief. The Court sees no legal error or clear factual error in the recommendation, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), and therefore adopts Judge Ray's conclusion and reasoning. Motion, *Document No. 30*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 July 2012