## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARY SARGENT**
**ADC #710323**                                                    **PLAINTIFF**

v.                              **No. 1:12-cv-17-DPM–JTR**

**TIMOTHY J. HETHRINGTON,**
**Corporal, McPherson Unit, ADC; and**
**JANICE STEPHENS**                                          **DEFENDANTS**

### ORDER

Motion for reconsideration, *Document No. 38,* denied for the reasons

adopted in the Court's 19 July 2012 Order, *Document Nos. 33 & 35,* and those

stated in denying reconsideration a month ago. *Document No. 37.*

So Ordered.

D.P. Marshall Jr.
United States District Judge

8 September 2012