# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MARY SARGENT,
ADC #710323                                                                                    PLAINTIFF

V.                                    1:12CV00017 DPM/JTR

TIMOTHY J. HETHRINGTON, Corporal;
and JANICE STEPHENS, Corporal;
Arkansas Department of Correction                                                DEFENDANTS

## ORDER

Plaintiff, Mary Sargent, has this *pro se* § 1983 action alleging that Defendants used excessive force against her. On January 7, 2013, Defendants filed a Motion asking the Court to stay this case while Plaintiff's interlocutory appeal was pending before the Eighth Circuit. *See* docket entry #59. On February 1, 2013, the Eighth Circuit dismissed Plaintiff's interlocutory appeal due to a lack of prosecution. *See* docket entries #63 and #64.

IT IS THEREFORE ORDERED THAT:

1.   Defendants' Motion to Stay (docket entry #59) is DENIED, AS MOOT.

2.   Defendants must file any dispositive motions **on or before March 8, 2013.**

Dated this <u>5th</u> day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE