IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY SARGENT, ADC #710323;
JENNIFER MROSS, ADC #754389;
and TINA M. EMERSON,
ADC #710724                                                             PLAINTIFFS

v.                      No. 1:12-cv-17-DPM

TIMOTHY J. HETHRINGTON,
and JANICE STEPHENS,
McPherson Unit, ADC                                        DEFENDANTS

## JUDGMENT

All claims by all plaintiffs are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2013